**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Alberto SUAREZ–MENDOZA,
Defendant—Appellant.**

**No. 00–50221.**

**D.C. No. CR–99–01244–WMB.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002 *.

Decided Sept. 18, 2002.

Before HUG, O'SCANNLAIN and
TASHIMA, Circuit Judges.

MEMORANDUM **

Alberto Suarez–Mendoza appeals his conviction and sentence following a guilty plea to conspiracy to possess with intent to transfer false identification documents in violation of 18 U.S.C. §§ 371, 1028(a). His attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.